**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION**
**WITH CONSENT OF THE OFFENDER**
(Probation Form 49, Waiver of Hearing, is attached)

| | |
|---|---|
| **Offender Name:** | Bountan Channita |
| **Docket Number:** | 1:04CR05187-01 OWW |
| **Name of Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Date of Original Sentence:** | 12-13-2000 |
| **Original Offense:** | 18 USC 1344 & 2, Bank Fraud |
| **Original Sentence:** | 20 months Bureau of Prisons; 5 years supervised release; $100 Special Assessment; $22,800 restitution. |
| **Special Conditions:** | 1) Financial access; 2) Financial restrictions; 3) Notify USPO if financial circumstances change; and 4) Deportation. |
| **Other Court Action:**: | 07/09/04: Jurisdiction accepted in the Eastern District of California. |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | 07-16-2001 |

**PETITIONING THE COURT**

[X]  To modify the conditions of supervision as follows:

1. The defendant shall submit to search of his person, property, home, and vehicle by a United States Probation Officer or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug and/or alcohol abuse.

3. As directed by the probation officer, the defendant shall participate in parenting classes.

4. As directed by the probation officer, the defendant shall participate in any program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

RE: **Channita, Bountan**
   **Docket Number: 1:04CR05187-01 OWW**

5. As directed by the probation officer, the defendant shall participate in a copayment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of $25.00 per month.

6. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**NEW OFFENSE**

**Details of alleged non-compliance:** On February 14, 2006, the defendant pled guilty to Willful Harm or Injury to a Child, a misdemeanor, in violation of Penal Code section 273a(a), and the general condition not to commit another federal, state, or local crime.

**JUSTIFICATION**

According to police reports, on January 4, 2006, the defendant threw his daughter approximately ten feet at his girlfriend in anger. Apparently the defendant was drinking alcohol and angry with his girlfriend over a disagreement they were having regarding their daughter. The report notes that the child struck his girlfriend and flipped over landing on the floor. Although his girlfriend complained of pain, neither her or the child had any visible injuries.

On February 14, 2006, in the Fresno County Superior Court, the defendant was sentenced to a four-year term of probation, and ordered to complete 20 days on the Adult Offender Work Program and enroll into and complete parenting classes. The defendant was also ordered to comply with the terms and conditions of the Department of Child Services. The defendant readily admits his involvement in this offense and seems to understand alcohol may have played a role in his actions.

Since being released from the Bureau of Prisons, the defendant has complied with his conditions of supervision. He has maintain employment and made restitution payments on a regular basis. Although this offense seems extreme and could have resulted in serious injury to his daughter or girlfriend, I am inclined to agree with the disposition rendered by the Fresno County courts and require him to complete parenting classes and abstain from the use of alcohol. The defendant also understands the other conditions noted above will allow the Probation Office to closely monitor his continued adjustment in the community. Once the modification is approved, he will be placed on a testing schedule and possibly required to participate in substance abuse treatment should he encounter difficulty living a sober lifestyle.

**RE:   Channita, Bountan**
      **Docket Number: 1:04CR05187-01 OWW**

It should be noted he has acknowledged his willingness to modify his conditions of supervision by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

Respectfully submitted,

/s/ Tim Mechem
**Tim Mechem**
United States Probation Officer
Telephone:  (559) 499-5731

**DATED:**      March 8, 2006
            Fresno, California
            TDM

**Reviewed by:**     /s/ Bruce Vasquez
                **BRUCE A. VASQUEZ**
                Supervising United States Probation Officer

RE:     **Channita, Bountan**
        **Docket Number: 1:04CR05187-01 OWW**

---

**THE COURT ORDERS:**

XX      **Modification approved as recommended.**

☐       **Modification not approved at this time.  Probation Officer to contact Court.**

☐       **Other:**

IT IS SO ORDERED.

**Dated:   March 8, 2006**                              _____/s/ Oliver W. Wanger_____
emm0d6                                                  UNITED STATES DISTRICT JUDGE